■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANKLIN GLASPER, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated August 18, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered January 7, 1955, on his plea of guilty, convicting him of attempted grand larceny in the second degree, sentencing him to imprisonment and committing him to Elmira Reception Center. Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY GRAVES, Also Known as WARREN GRAVES, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated June 30, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered November 2, 1953, on his plea of guilty, convicting him of grand larceny in the second degree, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID A. MONAGHAN, Appellant.— Appeal by defendant (1) from a judgment of the County Court, Nassau County, rendered June 5, 1961 after a jury trial, convicting him of assault second degree, imposing sentence and suspending its execution; (2) from an order of said court, dated June 6, 1961, which denied his motion for a new trial; (3) and from an order of said court, dated September 29, 1961, which, after a hearing, denied his application, made in a *coram nobis* proceeding, to vacate said judgment of conviction. Judgment and orders affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IVORY McDONALD, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered May 25, 1961, on his plea of guilty, convicting him of attempted burglary in the third degree and sentencing him, as a prior felony offender, to serve a term of 2½ to 10 years. Judgment affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY SMITH, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered July 31, 1961, on his plea of guilty, convicting him of robbery in the second degree, and sentencing him to serve a term of 7½ to 15 years, with commitment at Elmira Reception Center pursuant to article 3-A of the Correction Law. Judgment modified on the facts by reducing the sentence to a term of 5 to 10 years with commitment to Elmira Reception Center. As so modified, judgment affirmed. In our opinion, under all the circumstances, the sentence was excessive. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BILL SHERIFF, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — In a habeas corpus proceeding, relator appeals from an order of the Supreme Court, Dutchess County, entered October 24, 1961 after a hearing, which dismissed the writ and remanded him to the custody of respondent. Order affirmed. No opinion. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.